**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SHADEE ABUSAAB** )<br>)<br>**Plaintiff,** )<br>vs. )<br>)<br>**EQUIFAX INFORMATION SERVICES LLC,** )<br>et al. )<br>**Defendants.** )<br>) | **Civil Action No. 05-5094** |

## ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of Defendant Equifax Information Services LLC's Motion for Partial Summary Judgment and Plaintiff Shadee Abusaab's response in opposition thereto, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

_____
Bartle,                                          C. J.